## IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### AT PEORIA

| | | |
|---|---|---|
| THINH DUC NGO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-1340 |
| | ) | |
| UNITED STATES CITIZENSHIP AND | ) | |
| IMMIGRATION SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AND OPINION

On September 19, 2018, Plaintiff filed this action *pro se* seeking to change an incorrect date of birth on his Naturalization Certificate. Service on USCIS was complete on November 1, 2018, when USCIS was served. On November 6, 2018, Attorney Michael Lied entered his appearance on behalf of Plaintiff.

Prior to October 1, 1991, naturalization authority rested with the court that presided over the naturalization in question. However, in the Immigration Act of 1990, naturalization authority was transferred from the courts to the Immigration and Naturalization Service, now known as the Department of Homeland Security. As Plaintiff was naturalized prior to October 1, 1991, he is considered to have had a "judicial naturalization," and USCIS can issue a corrected naturalization certificate only upon receipt of an order issued by the Federal District Court in the jurisdiction where the citizen was naturalized.

Plaintiff's N-565 Application for Replacement Naturalization Certificate is being adjudicated at the Nebraska Service Center. Upon review of Plaintiff's "A File" and

USCIS records, the Nebraska Service Center's Office of Chief Counsel – Service Center Law Division has advised, through counsel, that USCIS has no opposition to Plaintiff's request to amend his date of birth to accurately reflect Plaintiff's birth date as requested in his Complaint.

Based upon this representation, the Court finds that the relief requested in the Complaint is appropriate and shall be granted.

IT IS HEREBY ORDERED that USCIS is directed to correct the date of birth on Plaintiff's Naturalization Certificate from November 19, 1964 to November 28, 1961, and issue Plaintiff a corrected certificate.

IT IS FURTHER ORDERED that this case is now DISMISSED with parties to bear their own costs.

ENTERED this 19th day of November, 2018.

/s James E. Shadid
Hon. James E. Shadid
Chief United States District Judge